IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JORDAN BIERLY, TIM BIERLY, PETER BIERLY, ELIZABETH BIERLY,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN REYES, MARK SHURTLEFF, JULIE LUND, PAUL AMMAN, LIZ KNIGHT, JUDGE OLAF A. JOHANSSON, RICHARD ANDERSEN, BARRY RICHARDS, DR. DANA HARDIN, JOHN & JANE DOES 1-100,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:15-CV-00243<br><br>Judge Clark Waddoups |

On July 31, 2017, after screening the plaintiffs' complaint and finding that the relevant statutes of limitations on the allegedly wrongful acts forming the basis of the Complaint had long been expired, the court issued an Order to Show Cause requiring plaintiffs to demonstrate why the action should not be dismissed. (Dkt. No. 14.) The court has now reviewed plaintiffs' response. Plaintiffs acknowledge that "[t]hese matters took place many years ago" and offer nothing to suggest that the applicable statutes of limitations may have been tolled. (Dkt. No. 15.) Accordingly, because the plaintiffs have not shown good cause to proceed given the expiration of the statutes of limitations, and the court's conclusion that the Complaint is therefore frivolous under 28 U.S.C. § 1915(e)(2)(B), the court dismisses the action.

DATED this 16th day of August, 2017.

BY THE COURT:

_Clark Waddoups_
Clark Waddoups
United States District Court Judge

1